UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OPTI-COM MANUFACTURING NETWORK, LLC<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 12-2826 |
| DURA-LINE CORPORATION<br>    Defendant | LANHAM ACT |
| | SECTI ON B (1) |

## CONSENT JUDGMENT

On motion of the parties signing below to dismiss the complaint and the counterclaims herein on the terms set forth herein,

IT IS ORDERED that the claims of Opti-Com Manufacturing Network, LLC ("OMNI") asserted in this action are dismissed without prejudice;

IT IS FURTHER ORDERED that the counter-claims of Dura-Line Corporation ("Dura-Line") asserted in this action are dismissed without prejudice;

IT IS FURTHER ORDERED and made a part of this order as the judgment of this court to which the parties consent, that

    The parties to the judgment are as follows:

    **OPTI-COM MANUFACTURING NETWORK, LLC,** plaintiff herein (referred to as "OMNI"), represented by their attorneys of record
Richard B. Eason II
ADAMS AND REESE LLP; and
Joseph Looney,
ADAMS AND REESE LLP

and

**DURA-LINE CORPORATION,** defendant herein
(referred to as "DURA-LINE"), represented by their attorneys of record
Andrea M. Kimball (Admitted *Pro Hac Vice*)
DENTONS US LLP; and
Jerry A. Beatmann, Jr.
DENTONS US LLP

OMNI, as used hereinafter, is defined to include OMNI, its owners, subsidiaries, affiliated companies such as Sunbelt Plastics, LLC, members, managers, licensees and sub-licensees, successors, customers, contractors and subcontractors, only when engaged in making or selling OMNI standard and custom built conduit, innerduct, multi-duct conduit, microduct and other systems.

DURA-LINE, as used hereinafter, is defined to include DURA-LINE, its parent, subsidiary and affiliated companies, owners, members, managers, shareholders, directors, officers, successors, assigns, licensees and sub-licensees.

The court makes the following findings and rulings:

1. OMNI is in the business of manufacturing telecommunications products for the telecommunications industry and has been in business since 1986.

2. OMNI offers both standard and custom-built conduit, innerduct, multi-duct conduit, microduct and other systems.

3. The OMNI custom conduit, innerduct, multi-duct, and microduct systems contain a lubricated layer having, but not limited to, silicone or any other lubricants and also, having, but not limited to, a ribbed or smooth wall surface, which OMNI asserts improves the installation of wires, cables, fibers or tubes within by reducing friction

2

during their placement. Also, the OMNI custom built conduit, innerduct, multi-duct and microduct systems may have a ribbed outer and/or inner layer.

4. Dura-Line also manufactures custom built conduit, innerduct, multi-duct and microduct systems with layers which have, but are not limited to, a ribbed or smooth wall inner or outer surface.

5. OMNI asserts that the custom built conduit, innerduct, multi-duct, and microduct systems using contrasting colors between the outer and inner layers serve several functional purposes as they are used to indicate to the purchaser that the inner layer is lubricated; to designate different users receiving telecommunications; to assist in installing the fiber cables by making it easier to identify which fiber cable corresponds with each microduct tube; to assist in the manufacturing process known as "shelling" where up to 90% of the pipe is one color and the top 10% is another color, that allows the manufacturer to use its excess inventory and reduce the price to manufacture the product; and it allows purchasers to distinguish one product from another in a storage yard.

6. Dura-Line currently holds a registered trademark of record with the United States Patent and Trademark Office ("USPTO"), bearing United States Trademark Registration No. 3,185,238, in the trade dress of cylindrical pipe or conduit containing inner and outer layers, such that color of the inner layer contrasts with the color of the outer layer. Dura-Line asserts that there is no "function" related to its use of color contrasting.

7. Dura-Line also owns a pending United States Trademark Application Serial No. 85,752,571, in the trade dress of cylindrical pipe or conduit containing inner and outer layers, with the inner layer having a series of ribs extending longitudinally

3

along the length of the pipe or conduit. The color of the inner layer contrasts with the color of the outer layer.

**8.** Counsel for DURA-LINE sent a cease-and-desist letter to OMNI on November 15, 2012, demanding that OMNI cease and desist from selling OMNI products with contrasting colored conduit.

**9.** In response to the aforementioned cease and desist letter, OMNI filed a declaratory judgment complaint in the premises seeking a declaration that OMNI has not infringed the Dura-Line registered trademark 3,185,238 nor the pending trademark 85,752,571.

**10.** Although the final resolution of pending trademark 85,752,571 before the USPTO is unknown, the recent office action of September 5, 2013 commented that Dura-Line's pending trademark and/or trade dress is not inherently distinctive and lacks secondary meaning.

**11.** The parties agree not to claim that OMNI's products are substantially similar to Dura-Line's registered trademark and/or trade dress.

**12.** None of OMNI's products are likely to confuse customers in part because they do and will always bear the OMNI name on the outer layer of the conduit itself.

**13.** OMNI will not seek cancellation of or oppose Registration No. 3,185,283 or pending trademark No. 85,752,571 on any grounds including, but not limited to invalidity, genericness, functionality, use other than as a mark, or inequitable conduct/fraud on the USPTO, *provided that* DURA-LINE abides by the covenant not to sue stated below in paragraph 14.

**14.** DURA-LINE shall not sue OMNI for trademark infringement, cancellation of trademarks, unfair competition, unfair trade practice, infringement of utility or design patent, or any other claims related to property rights in its 3,185,283 Registration or pending trademark No. 85,752,571 for any and all products made or sold by OMNI or by its affiliated companies such as Sunbelt Plastics or by any of its contractors or subcontractors when making or selling OMNI standard and custom built conduit, innerduct, multi-duct conduit, microduct and other systems that comply with paragraph 14 below; and OMNI shall not sue for a declaration of invalidity, or inequitable conduct or fraud, related to Registration No. 3,185,283 nor pending trademark No. 85,752,571.

**15.** Neither OMNI, nor any of its affiliated companies such as Sunbelt Plastics, nor any of its contractors or subcontractors will manufacture, sell, offer for sale or license for manufacture or sale conduit with a white inner layer unless the conduit also has a white outer layer. OMNI, its affiliated companies such as Sunbelt Plastics and any of its contractors or subcontractors, when making product for OMNI, are free to manufacture any and all other conduit, innerduct, multi-duct, and microduct systems subject only to this limitation.

**16.** Neither party is entitled to statutory or actual damages or any opposing party's profits, or to injunctive relief, and the dismissal of all claims and counter-claims without prejudice, include any and all claims that could have been brought by any party or which in any manner arise out of the facts or events giving rise to this litigation, with each party to bear its respective costs.

Signed with the consent of the parties, whose attorneys' signatures appear below, in chambers in New Orleans, Louisiana, this _10th day of_ February, 2014.

_____
United States District Judge

Consented to:

**Opti-Com Manufacturing Network, LLC**

By: _____
Richard B. Eason, Esq. (#5248)
Joseph Looney (#8773)
Diana Surprenant, Esq. (#33399)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: 504-581-3234
Facsimile: 504-566-0210
richard.eason@arlaw.com
joseph.looney@arlaw.com

**Dura-Line Corporation**

By: _____
Andrea M. Kimball
(Admitted *Pro Hac Vice*)
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545
andrea.kimball@dentons.com

Jerry A. Beatmann, Jr. (#26189)
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130
Telephone: 504-524-5116
Facsimile: 504-
jay.beatmann@dentons.com

6